# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Bryan E. Mott,<br>*Plaintiff,*<br>v.<br>PHH Mortgage Corporation doing *business as Nationstar Mortgage doing business as Mr. Cooper,*<br>*Defendants.* | ) ) ) ) ) ) ) Civil Action No. 3:18-cv-01310-JFA-SVH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ the plaintiff, Bryan E. Mott, shall take nothing of the defendant, PHH Mortgage Corporation doing *business as Nationstar Mortgage doing business as Mr. Cooper*, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Shiva V. Hodges, United States Magistrate Judge, granting the Plaintiff's motion to voluntarily dismiss Defendant PHH Mortgage Corporation.

Date: January 9, 2019

*ROBIN L. BLUME, CLERK OF COURT*

s/L. Baker

*Signature of Clerk or Deputy Clerk*